Jennifer C. Limbo, Esq. (SBN 266667)
jcl@consumercounselgroup.com
THE LAW OFFICES OF AMIR J. GOLDSTEIN, ESQ.
8032 West Third Street, Suite 201
Los Angeles, CA 90048
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

Charles R. Messer (SBN 101094)
Messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR J. GOLDSTEIN,<br><br>       Plaintiff,<br><br>  v.<br><br>HUNTER WARFIELD, INC. and DOES 1 through 10 inclusive,<br><br>       Defendants. | CASE NO.: 2:15-CV-09319-RGK-E<br><br>**STIPULATION OF DISMISSAL** |

//
//

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

Dated: November 3, 2016          Law Offices of Amir J. Goldstein, Esq.

    /s/ Jennifer C. Limbo
Jennifer C. Limbo, Attorney for Plaintiff

Dated: November 3, 2016          Carlson & Messer, LLP

    /s/ J. Grace Felipe
J. Grace Felipe, Attorney for Defendant